IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEROME GREER-EL                          :

            Plaintiff,                   :

vs.                                      :     CIVIL ACTION 17-00274-WS-N

CAMDEN WORK CENTER, et al,               :

            Defendants.                  :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby

DISMISSED without prejudice.

DONE this 12th day of October, 2017.

                         s/WILLIAM H. STEELE
                         UNITED STATES DISTRICT JUDGE